UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER MICHAEL KASNOFF,<br><br>    Plaintiff(s),<br><br>  v.<br><br>WACHOVIA MORTGAGE,<br><br>    Defendant(s).<br>_____/ | No. C 12-03405 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 5, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **October 30, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 5, 2012, for failure to prosecute this action, and for failure to follow the Court's Order dated June 29, 2012. A case management conference is also scheduled for October 30, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 9, 2012

                                                    JOSEPH C. SPERO<br>
                                                  United States Magistrate Judge