UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER KASNOFF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WACHOVIA MORTGAGE,<br><br>　　　　　Defendant. | Case No. 12-03405-JCS<br><br>**Report & Recommendation of Dismissal for Failure to Prosecute** |

　　　　Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 5, 2012, before this Court in the above-entitled case. Plaintiff did not appear and the Court issued an order to show cause ordering Plaintiff to appear on October 30, 2012, at 1:30 p.m., before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California and show cause why this action should not be dismissed for Plaintiff's failure to appear at the October 5, 2012 case management conference. The Court also reset the case management conference for October 30, 2012, at 1:30 p.m. Plaintiff again failed to appear. The Court then continued the show-cause hearing and case management conference to November 9, 2012 at 1:30 and instructed the Clerk to contact Plaintiff by telephone and inform him that his presence is required at the November 9, 2012 show-cause hearing and case management conference. The Clerk left a voice-mail message at the telephone number that is on record for Plaintiff with the Court, but Plaintiff again failed to appear.

As Plaintiff has not consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), this action should be reassigned to a district court judge an the undersigned recommends that the action be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: November 9, 2012

_____
Joseph C. Spero
United States Magistrate Judge