IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER MICHAEL KASNOFF,<br><br>    Plaintiff,<br>  v.<br><br>WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and DOES 1-10 inclusive,<br><br>    Defendant. | No. C 12-03405 RS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF DISMISSAL** |

The United States Magistrate Judge to whom this action was initially assigned issued a report and recommendation that the matter be dismissed for failure to prosecute. (*See* Dkt. No. 9). Specifically, on November 9, 2012, the Judge noted that (1) plaintiff did not appear at his case management conference scheduled on October 5, 2012; (2) plaintiff again failed to appear at his case management conference rescheduled for October 30, 2012; and (3) plaintiff failed to appear at his show-cause and case management hearings on November 9, 2012, after being contacted by the Clerk of the Court and informed of the need to be present. The Judge therefore recommended that this matter be dismissed pursuant to Fed. R. Civ. Proc. 41(b) for failure to prosecute. No party has filed objections. The report and recommendation is hereby adopted and incorporated in full, and the case is dismissed. The Clerk is directed to close the case file.

IT IS SO ORDERED.

Dated: 12/3/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE